
FILED IN OPEN COURT
ON 11-10-2016
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CR-68-1H(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHRISTOPHER GLENN | ) | |

The Grand Jury charges that:

At all times material to this indictment, the CVS Pharmacy located at 1895 East Fire Tower Road, Greenville, North Carolina, was engaged in interstate commerce and in an activity affecting interstate commerce, as defined in Title 18, United States Code, Section 1951(b)(3).

On or about July 30, 2016, in the Eastern District of North Carolina, the defendant, CHRISTOPHER GLENN, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, that is, unlawfully taking and obtaining personal property, described as approximately 4,326 opioid pills of an approximate value of $24,663.87, from the person and in the presence of another, against that person's will, by means of actual and threatened force, as set forth in Title 18, United States Code, Section 1951(b)(1), of the CVS

pharmacy located at 1895 East Fire Tower Road, Greenville, NC, all in violation of Title 18, United States Code, Section 1951.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

DATE: 11/9/16

JOHN STUART BRUCE
United States Attorney

BY: _____
JOHN H. BENNETT
Assistant United States Attorney
Criminal Division