# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher Glenn                                        Docket No. 4:16-CR-68-1H

### Petition for Action on Conditions of Pretrial Release

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Christopher Glenn, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 18th day of November, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 21, 2016, the undersigned officer submitted a request for courtesy supervision to the Western District of North Carolina, as Glenn was residing at Crest View Recovery Center in Asheville, North Carolina. Per the request of the Western District of North Carolina U.S. Probation Office, the conditions of supervised release were modified to include the location monitoring condition, in order to ensure the defendant's compliance with his conditions of pretrial release. However, Glenn has since completed the residential treatment component of the program and has moved into a halfway house where he has numerous demands on his time. As a result, the Western District of North Carolina U.S. Probation Office is now requesting that the location monitoring condition be removed in order to allow him to comply with the requirements of the day treatment program. The Assistant United States Attorney John Bennett was contacted and has no objection to this proposed change.

**PRAYING THAT THE COURT WILL ORDER**

The special condition requiring Glenn to comply with all conditions and terms of the home detention program, imposed on November 23, 2016, be removed.

Reviewed and approved,                              I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                                    /s/ Melissa K. Gonigam
Michael C. Brittain                                        Melissa K. Gonigam
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                                    201 South Evans Street, Rm 214
                                                                    Greenville, NC 27858-1137
                                                                    Phone: (252) 830-2345
                                                                    Executed On: December 22, 2016

**Christopher Glenn**
**Docket No. 4:16-CR-68-1H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered the __27th__ day of __December__, 2016, and ordered filed and made part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge