UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-00068-H-1

UNITED STATES OF AMERICA

v.

CHRISTOPHER GLENN

**ORDER**

This matter is before the Court on the defendant's unopposed Motion for His Sentencing Hearing to be held at the Court's January 2018 term, rather than the February 2018 term.

For good cause shown, it is hereby **ORDERED** that the sentencing hearing in this matter be reset for the Court's January 9, 2018 term of criminal court in Greenville, North Carolina.

**SO ORDERED.**

This 18th day of December 2017.

MALCOLM J. HOWARD
Senior United States District Judge