UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Glenn**　　　　　　　　　　　　　　　　**Docket No. 4:16-CR-68-1D**

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Glenn, who, upon an earlier plea of guilty to Robbery of a Business Engaged in Interstate Commerce (Hobbs Act Robbery), in violation of 18 U.S.C. §§ 1951, 1951(b)(1), 1951(b)(3), and 1951(a), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 10, 2018, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Christopher Glenn was released from custody on October 30, 2020, at which time the term of supervised release commenced in the District of Montana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Per a request from United States Probation Officer (USPO) Evin Hansen with the District of Montana, in an effort to assist the defendant with a successful transition to supervised release in a subsequent district, it is respectfully recommended that the search condition below be added. A request to transfer jurisdiction to the Western District of North Carolina is forthcoming.

It should be noted that a transfer of jurisdiction memo was received from the District of Montana on April 1, 2021, in which USPO Hansen informed the Eastern District of North Carolina that the defendant tested positive for marijuana use and admitted to consuming marijuana unknowingly. He has since abstained from illicit substances and remains in compliance with supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit his/her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), or other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant based upon reasonable suspicion and/or with the consent of the defendant. The defendant shall warn any other occupants that such premises may be subject to searches pursuant to this condition judgment.

Except as herein modified, the judgment shall remain in full force and effect.

Christopher Glenn
Docket No. 4:16-CR-68-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: (910) 346-5103<br>Executed On: August 2, 2021 |

### ORDER OF THE COURT

Considered and ordered this __3__ day of __August__, 2021, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
U.S. District Judge