UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Glenn**　　　　　　　　　　　　　　　　　　　Docket No. 4:16-CR-68-1D

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Glenn, who, upon an earlier plea of guilty to Robbery of a Business Engaged in Interstate Commerce (Hobbs Act Robbery), in violation of 18 U.S.C. §§ 1951, 1951(b)(1), 1951(b)(3), and 1951(a), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 10, 2018, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Christopher Glenn was released from custody on January 10, 2018, at which time the term of supervised release commenced in the District of Montana.

On July 30, 2021, the defendant's case was reassigned to the Honorable James C. Dever III, U.S. District Judge.

On August 2, 2021, a Petition for Action was submitted advising the court that the defendant tested positive for marijuana, and the court agreed to amend his conditions of release to require that he submit to warrantless searches.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 16, 2021, the defendant relocated from the District of Montana to the Western District of North Carolina, where he is supervised by USPO Phillip Cheek. Since his transition to this district, the defendant has submitted urinalysis samples that have returned with presumptive positive results on four occasions, August 23 and 30, September 7, and October 11, 2021. He denies any use of illicit substances and no confirmation tests from the lab have returned with positive results. However, the defendant admitted to using CBD products.

On October 6, 2021, the defendant was charged with Driving While Intoxicated and Reckless Driving (21CR52296) and Fail to Comply with License Restrictions and Drive Left of Center (21CR705144) in Lincoln County, North Carolina. Per the arresting officer, the defendant crashed his vehicle into a ditch after reportedly consuming two vodka shots and a Xanax prior to initiating his travel. When confronted by USPO Cheek, the defendant admitted to consuming two shots of vodka but denied having any medications in his system. As a sanction for this violation conduct, the probation office respectfully requests the conditions of supervision be modified to require the defendant to comply with curfew monitored electronically and that he pay the costs of monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Christopher Glenn
Docket No. 4:16-CR-68-1D
Petition For Action
Page 2

1. The defendant shall submit to a curfew, with location monitoring technology, for a period of 90 days and comply with its requirements as directed. During this time, the defendant is restricted to the defendant's residence between 9:00 P.M. and 9:00 A.M. The defendant shall maintain a telephone at the defendant's place of residence without any "call forwarding," "Caller ID services," "call waiting," dial-up computer modems, 1-800 long distance call block, fax machine, voice over internet protocol (VOIP), burglar alarm or three-way calling service.

2. The defendant is to pay the cost of the location monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the location monitoring shall be made in accordance with the probation officer's direction.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: (910) 346-5103
Executed On: November 5, 2021

## ORDER OF THE COURT

Considered and ordered this __5__ day of __November__, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge